## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL J. GIVEN. | CASE NO. 3:21-cr-63-MCR |

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  January 28, 2022

Motion/Pleadings: MOTION FOR A LIMITED BILL OF PARTICULARS

Filed by  Defendant            on  January 04, 2022   Doc. #  25

Response Filed by  United States    on  January 18, 2022   Doc. #  26

        JESSICA J. LYUBLANOVITS
        CLERK OF COURT
        */s/ **Patricia G. Romero***
        Deputy Clerk:   Patricia G. Romero

---

The Superseding Indictment, ECF No. 27, does not include a healthcare fraud charge and eliminates Counts 1 through 28 of the original indictment. Accordingly, given that Defendant's Motion for a Limited Bill of Particulars focused on Counts 1 through 28 of the original indictment, the motion is **DENIED** as moot.

**DONE** and **ORDERED** this 1st day of February 2022.

        *M. Casey Rodgers*
        **M. CASEY RODGERS**
        **UNITED STATES DISTRICT JUDGE**