# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21cr63/MCR

MICHAEL J. GIVEN
_____/

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and requests that the Court ask potential jurors in this case the following additional voir dire questions, in addition to the Court's standard inquiry:

1. Is there anything about the fact that the defendant was a licensed practicing physician that would in any way affect your ability to be a fair and impartial juror or to follow the instructions and the law as given to you by the Court?

2. Do you or a close family member or friend work in a medical-related field or work with medical professionals on a regular basis? If so, is there anything about that experience or what you know about it that in any way would affect your ability to be a fair and impartial juror or to follow the instructions and the law as given to you by the Court?

3. Have you or a close family member or friend ever been prescribed controlled substance medications? If so, is there anything about that experience or what you know about it that would in any way affect your ability to be a fair and impartial juror or to follow the instructions and the law as given to you by the Court?

4. Have you or a close family member or friend ever worked in or received substance abuse or drug addiction treatment or otherwise dealt with substance abuse or drug addiction issues? If so, did it involve prescription medication, whether legally prescribed by a physician or not? Is there anything about that experience or what you know about it that would in any way affect your ability to be a fair and impartial juror or to follow instructions and the law as given to you by the Court?

WHEREFORE, the United States respectfully requests that this Court ask the jury panel in this case the above additional questions during the voir dire examination.

Respectfully submitted,

JASON R. COODY
United States Attorney

*//s// Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

*/s/ J. Ryan Love*
J. RYAN LOVE
Assistant U.S. Attorney
Florida Bar No. 0637920
U.S. Attorney's Office
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: ryan.love@usdoj.gov