UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 3:21cr63-MCR

MICHAEL J. GIVEN.
_____/

### DEFENDANT'S PROPOSED VOIR DIRE

Defendant, Michael J. Given, submits the following proposed voir dire questions for the Court to ask potential jurors in this case, in addition to the Court's standard inquiry:

1. From 2015 until 2018, Dr. Given was a physician who was employed by Sacred Heart Health System, Inc. d/b/a "Sacred Heart Medical Group." Have any of you, or a close family member or friend, received medical treatment from Sacred Heart Medical Group as a patient? If so, what was the nature of the treatment, and would that experience affect your ability to be a fair and impartial juror in this case?

2. Are any of you, or a close family member or friend, employed by or previously been employed by Sacred Heart Medical Group? If so, what was the nature of the employment, and would that experience affect your ability to be a fair and impartial juror in this case?

3. Have any of you ever been employed in the field of health care, including in a physician's office or pharmacy?

4. Have any you had experience assisting a family member or close friend with obtaining medical treatment or prescriptions for chronic medical conditions?

5. Is there anyone of you that believes that prescription drugs, including controlled substances, should not be used by physicians to treat patients for legitimate medical purposes in the usual course of professional practice?

6. Is there anyone of you that believes that prescription drugs, including controlled substances, should not be used by physicians to treat patients who suffer from chronic medical conditions such as degenerative lumbar disc, Poly osteoarthritis, chronic obstructive pulmonary disorder, or other chronic medical conditions?

7. Is there anyone of you who has ever obtained prescription medications by phoning your doctor's office and having your doctor phone in the prescription to a pharmacy?

8. Is there anyone of you who has ever received medications through the mail?

9. Is there anyone of you who has ever received a prescription for a medication, including controlled substances, through the mail?

10. Is there anyone of you who has ever received a prescription for a prescription medication, including controlled substances, for up to a 90-day supply?

11. Is there anyone of you who has ever received a prescription for a prescription medication, including controlled substances, that could not be filled prior to a certain date as reflected on the prescription?

12. Have any of you ever visited any pain management clinic or pain management doctor personally or with a friend or relative? If so, please identify the clinic or physician.

13. Have any of you, a member of your family (or anyone close to you) ever suffered from chronic pain which was not resolved by surgery or through other medical procedures apart from medication

14. Have any of you, any of your family members or close personal friends ever relied upon pain management through medication to treat pain?

15. Have you, a family member or close personal friend ever been misdiagnosed, mistreated, or injured by a physician or attending staff?

16. Are any of you familiar with the following controlled substances: clonazepam, hydrocodone, oxycodone, diazepam, tramadol, amphetamine, alprazolam, hydromorphone, morphine sulphate, temazepam, or pregabalin?

17. Do you know any of following people who might be referenced as patients in this case:

    1. John Burns, Jr.

    2. Ruth Rosado

    3. Donald Schneider

    4. Jacqueline Seger

    5. Donald Parker

    6. Jarvis Holmes

    7. Luanne Purvis

    8. Carrie Miller

    9. William Alervas

    10. Dorothy Barnes

    11. Carolyn Pelszynski

    12. Sandra Stevens

    13. Danny Green

    14. Greg Hennecke

15. Nancy Saczynski

16. Alice Hilliard

17. Shirley Shanahan

18. Allen Halstead

19. Samuel McIntosh

20. Mary Regans

21. Josephine Smith

22. Rufus McCormick

23. Dorothy Powell

/s/ David L. McGee
DAVID L. McGEE
FL. Bar No.: 220000
dlm@beggslane.com
MATTHEW P. MASSEY
FL. Bar No.: 1008332
mpm@beggslane.com
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
Attorneys for Michael J. Given

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to the counsel of record in this action on July 13, 2022.

/s/ David L. McGee
DAVID L. McGEE
FL. Bar No.: 220000
dlm@beggslane.com
MATTHEW P. MASSEY
FL. Bar No.: 1008332
mpm@beggslane.com
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
Attorneys for Michael J. Given