UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.                                                            Case No.:  3:21cr63-MCR

MICHAEL J. GIVEN.
_____/

**<u>DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION</u>**

Defendant, Michael J. Given, by and through undersigned counsel, submits the following proposed special jury instruction:

The Court instructs you that the Government failed in its burden to prove that the prescriptions issued by the Defendant were not for a legitimate medical purpose within the meaning of the Controlled Substances Act.  Therefore, you must find that each prescription issued to each patient was for a legitimate medical purpose.  You may only consider whether Dr. Given issued those prescriptions in the course of his medical practice.

/s/  *Matthew P. Massey*
DAVID L. McGEE
FL. Bar No.:  220000
dlm@beggslane.com
MATTHEW P. MASSEY
FL. Bar No.:  1008332
mpm@beggslane.com
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL  32502
Attorneys for Michael J. Given

## CERTIFICATE OF SERVICE

I CERTIFY that a copy hereof has been filed via CM/ECF for electronic distribution to the counsel of record in this action on July 21, 2022.

/s/ *Matthew P. Massey*
DAVID L. McGEE
FL. Bar No.: 220000
dlm@beggslane.com
MATTHEW P. MASSEY
FL. Bar No.: 1008332
mpm@beggslane.com
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL  32502
Attorneys for Michael J. Given