UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO. 3:21cr63MCR

MICHAEL J. GIVEN,

    Defendant.
_____/

## JUDGMENT OF ACQUITTAL

A jury trial was held in this case on July 18, 19, 20, 21, and 22, 2022, which resulted in a verdict of not guilty on all charges. Accordingly, based on the jury's verdict, **MICHAEL J. GIVEN**, is hereby **ADJUDGED NOT GUILTY** of all charges in the Indictment.

**DONE AND ORDERED** this 25th day of July 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**